HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KARLEE ANN WARNKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARLEE ANN WARNKE,<br><br>Defendant. | Case No. 6:17-mj-00047-MJS<br><br>**STIPULATION TO CONTINUE HEARING; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Reed Grantham, counsel for Karlee Ann Warnke, that the Court continue the October 3, 2017 status conference to November 7, 2017.

According to the Court's calendar, it is unavailable on October 3, 2017. The parties have thus agreed to continue this matter to November 7, 2017.

//

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | PHILLIP A. TALBERT<br>United States Attorney |
|  | Date: September 19, 2017 | /s/ Susan St. Vincent<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
|  | Date: September 19, 2017 | /s/ Reed Grantham<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>KARLEE ANN WARNKE |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the October 3, 2017 hearing for Karlee Ann Warnke, Case No. 6:17-mj-00047-MJS, is continued to November 7, 2017, at 10:00 a.m. in Yosemite National Park.

IT IS SO ORDERED.

Dated: September 19, 2017         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE