HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KARLEE WARNKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARLEE WARNKE,<br><br>Defendant. | Case No. 6:17-mj-00047-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; [PROPOSED] ORDER** |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Karlee Warnke, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for June 3, 2020.

Ms. Warnke has paid her fine in full and is in compliance with all terms of probation, including having completed the first time DUI offender course. Both parties are aware that Ms. Warnke has an outstanding citation, however, the government does not intent to file an affidavit of probation violation. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate Ms. Warnke's term of probation. The government does not object.

//

//

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | McGREGOR W. SCOTT<br>United States Attorney |
| 4  Dated:  June 2, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT |
| 5 | Acting Legal Officer<br>National Park Service |
| 6 | Yosemite National Park |
| 7 | |
| 8 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | |
| 10  Dated: June 2, 2020 | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 | Assistant Federal Defender<br>Attorney for Defendant |
| 12 | KARLEE WARNKE |

Case 6:17-mj-00047-MJS   Document 26   Filed 06/03/20   Page 3 of 3

**ORDER**

Based on the parties' joint representation that Ms. Warnke is in compliance with the conditions of her probation, the court vacates the review hearing in case 6:17-mj-00047-JDP scheduled for June 3, 2020, at 10:00 a.m., and terminates Ms. Warnke's term of probation.

IT IS SO ORDERED.

Dated:   June 3, 2020

_____
UNITED STATES MAGISTRATE JUDGE